AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 23-8191MB | **Date and time warrant executed:** 04/19/2023 at 11:14 AM | **Copy of warrant and inventory left with:** Postal Case File |
| **Inventory made in the presence of:** Postal Inspectors M. Murrow and J. Keenan | **USPS Tracking Number:** 9505513723753107774382 | |

**Inventory of the property taken and name of any person(s) seized:**

Priority Mail parcel bearing Label No. 9505513723753107774382, addressed to 109 West avenue, San marcos TX 78666, Jared, with a return address of 200 E Rio Salado Pkwy, Tempe AZ 85281, brother, contained:

A white priority mail cardboard box with miscellaneous t-shirts, a hoodie, a black bag with miscellaneous containers of various marijuana and THC products, and a receipt from a retail store in Tempe, AZ. Approximately 356.3 gross grams of marijuana and THC products contained in the parcel.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/20/2023

*Executing officer's signature*
Digitally signed by David M. Stevens
Date: 2023.04.20 09:14:12 -07'00'

Postal Inspector David Stevens
*Printed name and title*